**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 11, 2013

Mr. Michael S. Bogren
Plunkett Cooney
950 Trade Center Way
Suite 310
Kalamazoo, MI 49002

Mr. Bradley Kurt Glazier
Bos & Glazier
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503-0000

Mr. Douglas Mark Hughes
Williams, Hughes & Cook
P.O. Box 599
Muskegon, MI 49443-0599

> Re: Case No. 13-1774, *Emily Kroll v. White Lake Ambulance Auth.*
>     Originating Case No. : 1:09-cv-00626

Dear Counsel,

   The briefing schedule for this case is listed below.  The briefs must be filed electronically with the Clerk's office no later than these dates.  If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. Consult 6 Cir. R. 28(a)(1) for additional information.

| | |
|---|---|
| Appellant's Principal Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **July 24, 2013** |

| | |
|---|---|
| Appellee's Principal Brief Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **August 26, 2013** |
| Appellant's Reply Brief (Optional Brief) | Filed electronically **17** days after the appellee's brief is filed. See Fed. R. App. P. 26(c) |

    For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at <u>www.ca6.uscourts.gov</u>, in particular Rules 28 and 30.

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard. *See* 6 Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                  Sincerely yours,

                                  s/Robin Duncan
                                Case Manager
                                Direct Dial No. 513-564-7027

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

- ___ Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings
- ___ PDF format required
- ___ Native PDF format strongly preferred
- ___ In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.
- ___ Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1)

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

- ___ Sixth Circuit case number
- ___ Heading: "United States Court of Appeals for the Sixth Circuit"
- ___ Title of case
- ___ Nature of proceeding and name of court, agency or board below
- ___ Title of brief (example "Appellant's Brief")
- ___ Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

- ___ Corporate Disclosure Form
- ___ Table of Contents
- ___ Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)
- ___ **Statement in support of oral argument** (if there is no statement, argument is waived)

***Page limitation, word or line count begins here. See Fed. R. App. P. 32(a)(7)

- ___ Jurisdictional statement
- ___ Statement of issues
- ___ Statement of the case
- ___ Statement of facts **with references to record** (and appendix for any relevant pleadings not available ECF)

> In an appeal from district court, briefs must cite to Page ID # range from header or footer of pages from original record being referenced, with short title and record entry number. Keep references **succinct**. For other appeals, see 6 Cir. R. 28 for information on how to reference appendices or administrative records. Examples:
>
> Motion for Summary Judgment, RE 24, Page ID # 120-145
> Transcript, RE 53, Page ID # 675-682
> Plea Agreement, R. 44, Page ID # 220-225
> A.R., RE 5, Page ID # 190-191, pp. 69-70

\_\_\_    Summary of argument

\_\_\_    Argument **with references to record and citations to case law, statutes and other authorities**

\_\_\_    Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

\_\_\_    Signed conclusion
          Signature format is: s/(attorney's name)
          Graphic or other electronic signatures discouraged
     \*\*\*Page limitation, word or line count ends here.

\_\_\_    A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

\_\_\_    Dated Certificate of Service

\_\_\_    **Designation of Relevant District Court Documents with Page ID # range**

\_\_\_    Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

\_\_\_    Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New).

Times New Roman at 14 point    `Courier New at 12 point`

___    Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___    Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

___    Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C))

___    Headings, footnote and quotations count toward word or line limitations

___    For Death Penalty briefs, see 6 Cir. R. 32(b)(2)

___    For Cross-Appeals, see Fed. R. App. P. 28.1

___    For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

___    Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.

___    Footnotes must be same sized text as body of brief