OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@ca6.uscourts.gov

PAUL B. CALICO
 *Chief Circuit Mediator*
DEBORAH N. GINOCCHIO
RODERICK M. MCFAULL
MARIANN YEVIN

TELEPHONE (513) 564-7330
FAX (513) 564-7349

June 12, 2013

Bradley Kurt Glazier, Esq.
Michael S. Bogren, Esq.
Douglas Mark Hughes, Esq.

Re: *Emily Kroll v. White Lake Ambulance Authority.*, CA No. 13-1774

Dear Counsel:

Pursuant to Rule 33, Rules of the Sixth Circuit, the briefing schedule for this/these appeal(s) has been extended by **Seven (7)** days. <u>The briefs must be filed electronically with the Clerk's Office no later than these dates</u>. The modified schedule is as follows:

| | | |
|---|---|---|
| Appellant's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a)) | Filed electronically by | **JULY 31, 2013** |
| Appellee's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)(2)) | Filed electronically by | **SEPTEMBER 3, 2013** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **seventeen** days after the Appellee brief | |

For more detailed information concerning the filing of electronic briefs, please refer to your initial briefing letter sent to you from the Clerk's Office.

The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's Office <u>before</u> you file your briefs.

Sincerely,

/s/

Deborah N. Ginocchio

caw
cc:   Robin Duncan, Case Manager