# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: _____

Case Name: _____

Is this case a cross appeal?   ☐ Yes   ☐ No
Has this case or a related one been before this court previously?   ☐ Yes   ☐ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

[                                                                              ]

**This is to certify that a copy of this statement was served on opposing counsel of record this** ____ **day of**

_____, ____ .

                                        _____
                                        Name of Counsel for Appellant