CASE NO. 13-1774

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

EMILY KROLL
*Plaintiff-Appellant*

v.

WHITE LAKE AMBULANCE AUTHORITY
*Defendant-Appellee,*

On Appeal from the United States District Court
For the Western District of Michigan
Southern Division
Case No. 1:09-cv-626

_____

MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-
APPELLEE'S BRIEF ON APPEAL

CERTIFICATE OF SERVICE

        MICHAEL S. BOGREN (P34835)
        PLUNKETT COONEY
        950 Trade Centre Way, Suite 950
        Kalamazoo, Michigan   49002
        (269) 226-8822

1

CASE NO. 13-1774

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

EMILY KROLL
*Plaintiff-Appellant*

v.

WHITE LAKE AMBULANCE AUTHORITY
*Defendant-Appellee,*

On Appeal from the United States District Court
For the Western District of Michigan
Southern Division
Case No. 1:09-cv-626

_____

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE'S BRIEF ON APPEAL**

Now comes Defendant-Appellee, White Lake Ambulance Authority, by and through his attorneys, Plunkett Cooney, and requests this Court to extend the time for filing Defendant-Appellee's Response Brief for 28 days, from September 3, 2013, to and including October 1, 2013. In support of this Motion, Defendant-Appellee states:

2

1. The undersigned attorney, Michael S. Bogren, is principally in charge of preparing and writing the response brief of Defendant-Appellee.

2. This requested extension of time to file the brief of Defendant-Appellee has been necessitated by the fact that undersigned counsel has been undergoing a series of tests and procedures in the last thirty days and was diagnosed with thyroid cancer on August 22, 2013. Undersigned counsel is in the process of scheduling treatment which is expected to begin immediately.

3. The requested extension of time will allow Defendant-Appellee to file an accurate and comprehensive Brief and to, therefore, further facilitate this Court's review and proper disposition of this case.

4. This Motion is not interposed for any improper purpose. Rather, the grant of the requested extension of time is in the interest of justice and will not prejudice any party to this appeal.

5. If granted, Defendant-Appellee's Brief on Appeal will be due with this Court on or before October 1, 2013.

6. Counsel for Plaintiff-Appellant, Bradley K. Glazier, was contacted with respect to this request and stated in e-mail correspondence on August 28, 2013 that he does not oppose this motion.

7. The undersigned believes that filing a reply brief in this case will be beneficial for the Court's full understanding of the issues presented by this appeal.

WHEREFORE, Defendant-Appellee requests this Court to enter its order extending the time for filing the response brief of Defendant-Appellee for 28 days, to and including October 1, 2013.

                    PLUNKETT COONEY

            By:    s/Michael S. Bogren
                    MICHAEL S. BOGREN (P34835)
                    PLUNKETT COONEY
                    Attorneys for Defendant-Appellee
                    950 Trade Centre Way, Suite 310
                    Kalamazoo, Michigan  49002
                    (269) 226-8822
                    mbogren@plunkettcooney.com

Dated:  August 28, 2013

CASE NO. 13-1774

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

**EMILY KROLL**
*Plaintiff-Appellant*

v.

**WHITE LAKE AMBULANCE AUTHORITY**
*Defendant-Appellee,*

**On Appeal from the United States District Court
For the Western District of Michigan
Southern Division
Case No. 1:09-cv-626**

_____

**CERTIFICATE OF SERVICE**

Michael S. Bogren, attorney with the law firm of Plunkett Cooney, hereby certifies that on the 28th day of August, 2013, he caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States Court of Appeals for the Sixth Circuit and via U.S. Mail to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first

class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

       PLUNKETT COONEY

    By: s/Michael S. Bogren
      MICHAEL S. BOGREN (P34835)
      PLUNKETT COONEY
      Attorneys for Defendant-Appellee
      950 Trade Centre Way, Suite 310
      Kalamazoo, Michigan  49002
      (269) 226-8822
      mbogren@plunkettcooney.com

Open.00560.31775.13220353-1